IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILAN MIRIC,<br><br>    Plaintiff,<br><br>v.<br><br>GAMMA EXPRESS LLC,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:12-cv-00946-CW-PMW<br><br>Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 6.) On May 30, 2013, Judge Warner issued a Report and Recommendation recommending that the court dismiss this case for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). (Dkt. No. 10.) Plaintiff failed to file an Objection or other response to Judge Warner's Report and Recommendation within the permitted timeframe.

Accordingly, and upon a *de novo* review of the Judge Warners's findings, the court APPROVES AND ADOPTS Judge Warner's Report and Recommendation (Dkt. No. 10) in its entirety. This case is therefore dismissed.

SO ORDERED this 7th day of October, 2013.

BY THE COURT:

_____
Clark Waddoups
United States District Judge